1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

BOBBY ALLEN BRYANT,                  )   Case No. CV 13-4629-GW (DTB)
                                     )
               Petitioner,           )
        vs.                          )   ORDER ACCEPTING FINDINGS,
                                     )   CONCLUSIONS AND
LINDA T. MCGREW,                     )   RECOMMENDATIONS OF UNITED
                                     )   STATES MAGISTRATE JUDGE
               Respondent.           )
                                     )
                                     )
_____     )

17   Pursuant to 28 U.S.C. § 636, the Court has reviewed the Report and
18   Recommendation of the United States Magistrate Judge. No objections to the Report
19   and Recommendation have been filed herein. The Court concurs with and accepts the
20   findings, conclusions and recommendations of the Magistrate Judge.

21   IT THEREFORE IS ORDERED that Judgment be entered granting
22   respondent's Motion to Dismiss; dismissing petitioner's claims regarding the impact
23   of the detainer on his custody classification, facility designation, and participation in
24   rehabilitative programs without prejudice and without leave to amend; and
25   transferring the remaining action to the Southern District of Florida.

26
Dated: July 30, 2014

27                                              _____
                                                GEORGE H. WU
28                                              UNITED STATES DISTRICT JUDGE

1